UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STEVEN R. GOOZY, | ) |
|       Petitioner, | ) |
| v. | ) Docket No. 2:17-cv-181-NT |
| SCOTT LANDRY, | ) |
|       Respondent. | ) |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

On October 11, 2017, the United States Magistrate Judge filed with the court, with copy to the Petitioner, his Recommended Decision. Recommended Decision (ECF No. 11). The Petitioner filed an objection to the Recommended Decision on December 19, 2017 (ECF No. 16). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge.

Accordingly, it is hereby ORDERED that the Defendant's 28 U.S.C. § 2254 Petition (ECF No. 1) be and hereby is DISMISSED with prejudice. It is further ORDERED that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

                                         /s/ Nancy Torresen
                                         United States Chief District Judge

Dated this 5th of January, 2018.